IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00783-WDM-BNB

WAYNE SMITH,

Petitioner,

v.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

**ORDER**
_____

This matter is before me on the petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. #3, filed 4/25/06] (the "Application") and the respondents' Answer [Doc. #16, filed 6/19/06].

In their Answer, the respondents raise the issue of whether the petitioner exhausted his claims in the state courts. The respondents do not provide copies of the petitioner's briefs to the Colorado Supreme Court on direct appeal and on appeal from his post-conviction motions. Thus, it is impossible to discern which of the petitioner's claims have been presented to the Colorado Supreme Court.

In addition, it is impossible to discern the date of the conclusion of the petitioner's direct appeal because the respondents do not provide any evidence regarding when the mandate issued. Accordingly,

IT IS ORDERED that on or before **April 30, 2007**, the respondents shall provide the Court with (1) copies of the petitioner's briefs to the Colorado Supreme Court in both his direct

appeal and in the appeal of his post-conviction motions, and (2) evidence to establish when the mandate issued in the petitioner's criminal case.

Dated April 16, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge