IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00783-WDM-BNB

WAYNE SMITH,

Petitioner,

v.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

**ORDER**
_____

This matter is before me on the petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. #3, filed 4/25/06] (the "Application") and the respondents' Answer [Doc. #16, filed 6/19/06]. In their Answer, the respondents state that an evidentiary hearing was held on a postconviction motion filed by the petitioner on September 19, 2002. *Answer*, pp. 7-8.

IT IS ORDERED that on or before **November 16, 2007**, the respondents shall provide to the Court copies of the transcript of the evidentiary hearing.

Dated October 16, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge