IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00783-WDM-BNB

WAYNE SMITH,

Petitioner,

v.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

**ORDER**
_____

This matter is before me on the petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. #3, filed 4/25/06].

IT IS ORDERED that on or before **December 10, 2007**, the Clerk of the Denver District Court shall provide to this Court the original written record, including transcripts, of Case No. 92CR2275, People v. Wayne Smith.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by regular mail to Denver District Court Clerk, Denver City and County Building, 1437 Bannock Street, Room 256, Denver, Colorado 80202.

Dated November 16, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge