FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 6 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

CIVIL ACTION NO. 06-cv-00783 WDM-BNB

WAYNE SMITH,

    Petitioner,

vs.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this _4th_ day of _May_, _2010_.

BY THE COURT:

_____
Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 06-cv-00783 WDM-BNB

Denver District Court, City and County of Denver
Denver City and County Bldg. Rm 256
1437 Bannock St.
Denver, CO 80202

Wayne Smith
# 80619
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Laurie A. Booras - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 5/6/10 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk